■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. GRONEK, Appellant. [830 NYS2d 683]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered September 22, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY G. MCDUFFIE, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 13, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto and Pine, JJ.